PRESTON P. REZAEE
Nevada Bar No. 10729
RYAN ALEXANDER
Nevada Bar No. 10845
THE FIRM, P.C.
200 East Charleston Blvd.
Las Vegas, NV 89104
Phone: (702) 222-3476
Fax: (702) 252-3476
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA DEL CARMEN RODRIGUEZ, an Individual, <br><br> Plaintiff, <br> v. <br><br> JOSE BERUMEN, an Individual, EL CORDOBES RESTAURANT, a Nevada entity of unknown organization and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.: 2:13-cv-00108-PMP-PAL <br> Hon. Philip M. Pro <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice,

//
//

1

each party to bear their own attorney's fees and costs.

DATED this 26 of December, 2013                 DATED this 26 of December, 2013

THE FIRM, P.C.                                   NEHME-TOMALKA & ASSOCIATES

/s/ Ryan Alexander                              /s/ Doris E. Nehme-Tomalka
Ryan Alexander, Esq.                            Doris E. Nehme-Tomalka, Esq.
Nevada Bar No. 10845                            Nevada Bar No. 6431
200 East Charleston Blvd.                       2620 Regatta Drive, Suite 102
Las Vegas, NV 89104                             Las Vegas, NV 89128
Tel: (702) 222-3476
Fax: (702) 252-3476                             LAW OFFICE OF MIRIAM E. RODRIGUEZ, P.C.
*Attorney for Plaintiff*

/s/ Miriam E. Rodriguez
Miriam E. Rodriguez, Esq.
Nevada Bar No. 9425
1771 E. Flamingo Road, Suite B-114
Las Vegas, NV 89119
*Attorneys for Defendant*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUGED AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear their own costs and attorney's fees.

DATED THIS 22nd of December, 2013

_____
HON. PHILIP M. PRO

THE FIRM, P.C.

_____
Ryan Alexander, Esq.
Nevada Bar No. 10845
200 East Charleston Blvd.
Las Vegas, NV 89104
Tel: (702) 222-3476
Fax: (702) 252-3476
*Attorney for Plaintiff*